IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID RAMIREZ,** | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 4:24-CV00746 |
| v. | § | |
| | § | JURY DEMANDED |
| **ALWAYS THERE EXPRESS CORP. AND** | § | |
| **JEAN MICUCU NKUNDA,** | § | |
| *Defendants* | § | |

## PLAINTIFF DAVID RAMIREZ'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, David Ramirez identifies the following interested parties:

1. David Ramirez- Plaintiff

2. Jean Micucu Nkunda- Defendant

3. Always There Express Corp.- Defendant. No parent corporation and no publicly held corporation own 10% or more of its stock.

4. Transverse Insurance Company- Defense insurer
   15 Independence Blvd
   Suite 430
   Warren, NJ 07059

Respectfully submitted,

**JOE GUERRERO LAW FIRM, P.L.L.C.**
P.O. Box 701577
Houston, Texas 77270
Tel. (281) 755-9475
Fax (866) 494-7575

By: _____
JOE GUERRERO
Texas Bar No. 24044883
Joe@HurtInTexas.com
ATTORNEY FOR PLAINTIFF,
DAVID RAMIREZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record in compliance with the Federal Rules of Civil Procedure on this the 3rd day of May 2024:

**_Counsel for Defendants:_**
Mr. Kristopher M. Stockberger
LEWIS BRISBOIS BISGAARD & SMITH LLP PO Box 7217
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: (713) 659-6767
Fax: (713) 759-6830
Email: Kris.Stockberger@lewisbrisbois.com

_____
JOE GUERRERO